**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| CATBRIDGE MACHINERY, LLC, | : :  : | Civil Action No. 12-137 (SDW) (MCA) |
| Plaintiff, | : : | |
| v. | : : | **ORDER** |
| CYTEC ENGINEERED MATERIALS, | : : | |
| Defendants. | : : : | July 18, 2012 |

**WIGENTON**, District Judge.

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed on April 19, 2012, granting Catbridge Machinery, LLC's ("Plaintiff") Motion to Vacate its January 16, 2012 Voluntary Dismissal. Defendant Cytec Engineered Materials' ("Defendant") filed an Objection to the R&R on May 3, 2012.

This Court has reviewed the R&R, the briefs and the other documents on file in this matter. Based on the foregoing, and for good cause shown,

**IT IS** on this 18th day of July, 2012,

**ORDERED** that Magistrate Judge Arleo's R&R filed April 19, 2012, is **ADOPTED** by this Court in its entirety. Plaintiff's Motion to Vacate its January 16, 2012 Voluntary Dismissal is **GRANTED** and Defendant's request for fees and costs is **DENIED**.

s/ Susan D. Wigenton
**Susan D. Wigenton, U.S.D.J.**

cc:  Madeline Cox Arleo, U.S.M.J.